UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANGELA M. R.,

Plaintiff,

-against- 5:25-CV-00334 (LEK/PJE)

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**MEMORANDUM-DECISION AND ORDER**

## I. INTRODUCTION

Plaintiff Angela M. R.[1] brings this action pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), seeking review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits and supplemental security income for lack of a disability. Dkt. No. 1 ("Complaint").

On July 21, 2025, Plaintiff moved for judgment on the pleadings, requesting that the Court reverse the Commissioner's final decision and remand for further proceedings. Dkt. No. 9 ("Plaintiff's Motion"). On August 5, 2025, the Commissioner filed a motion for judgment on the pleadings in response, requesting that the Court affirm the Commissioner's final decision. Dkt. No. 11 ("Commissioner's Motion"). On August 19, 2025, Plaintiff filed a reply brief. Dkt. No. 12.

[1] In accordance with guidance from the Committee on Court Administration and Case Management of the Judicial Conference of the United States, which was adopted by the Northern District of New York in 2018 to better protect personal and medical information of non-governmental parties, this Order will identify Plaintiff's last name by initial only.

On August 24, 2026, the Honorable Paul J. Evangelista, United States Magistrate Judge, issued a Report and Recommendation recommending that the Court grant Plaintiff's Motion and deny the Commissioner's Motion. Dkt. No. 20 ("Report and Recommendation").

No party has objected to the Report and Recommendation. *See* Dkt. For the reasons that follow, the Court adopts the Report and Recommendation in its entirety.

## II. BACKGROUND

The Court assumes familiarity with the Report and Recommendation, as well as Plaintiff's factual allegations as detailed therein. *See* R. & R. at 2–3.

## III. LEGAL STANDARD

"Within fourteen days after being served with a copy [of the Magistrate Judge's report and recommendation], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1)(C); *see also* L.R. 72.1. However, if no objections are made, a district court need only review a report and recommendation for clear error. *DiPilato v. 7-Eleven, Inc.*, 662 F. Supp. 2d 333, 339 (S.D.N.Y. 2009). "Clear error is present when upon review of the entire record, the court is left with the definite and firm conviction that a mistake has been committed." *Rivera v. Fed. Bureau of Prisons*, 368 F. Supp. 3d 741, 744 (S.D.N.Y. 2019) (cleaned up). Upon review, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

## IV. DISCUSSION

No party objected to the Report and Recommendation "[w]ithin fourteen days after being served with a copy." 28 U.S.C. § 636(b)(1)(C). Accordingly, the Court reviews the Report and Recommendation for clear error.

Having found none, the Court approves and adopts the Report and Recommendation in its entirety.

## V. CONCLUSION

Accordingly, it is hereby:

**ORDERED**, that the Report and Recommendation, Dkt. No. 20, is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Plaintiff's motion for judgment on the pleadings, Dkt. No. 9, is **GRANTED**; and it is further

**ORDERED**, that the Commissioner's motion for judgment on the pleadings, Dkt. No. 11, is **DENIED**; and it is further

**ORDERED**, that the Commissioner's decision is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation, Dkt. No. 20; and it is further

**ORDERED**, that the Clerk serve a copy of this Memorandum-Decision and Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED: September 23, 2026
Albany, New York

LAWRENCE E. KAHN
United States District Judge